UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIAN J. WILLIAMS, | : | |
| | : | CIVIL. ACTION NO.: 3:19-cv-00989-MPS |
| Plaintiff, | : | |
| | : | |
| Vs. | : | |
| | : | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | : | JANUARY 16, 2020 |
| | : | |
| Defendant. | : | |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the plaintiff and the defendant in the above-captioned case hereby stipulate to a dismissal of this action with prejudice, each party to bear her or its own costs and expenses.

Plaintiff's counsel has reviewed this stipulation and has authorized Defendant's counsel to file it jointly.

| PLAINTIFF, | DEFENDANT, |
|---|---|
| BRIAN J. WILLIAMS | HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY. |
| By: */s/ Ivàn A. Ramos* | By: */s/ Jean E. Tomasco* |
| Ivàn A. Ramos (ct14122) | Jean E. Tomasco (ct09635) |
| Email: ivan@ramosdisability.com | E-mail: jtomasco@rc.com |
| RamosLaw | Robinson & Cole LLP |
| 255 Main Street, Suite 401 | 280 Trumbull Street |
| Hartford, CT  06106 | Hartford, CT 06103-3597 |
| Tel. No.: (860) 519-5242 | Tel. No.: (860) 275-8200 |
| Fax No.: (860) 838-6403 | Fax No.: (860) 275-8299 |

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was filed electronically on this the 16th day of January, 2020.  Notice of this filing shall be sent by e-mail to all parties by operation of the Court's electronic filing system and parties may access this filing through the Court's system.

/s/ Jean E. Tomasco
Jean E. Tomasco